UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: John Edwards, Debtor,

Case No.: 19-33972 (JKS)
Chapter: 7
Judge: John K. Sherwood

## NOTICE OF PROPOSED ABANDONMENT

_____Eric R. Perkins_____, __Chapter 7 Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Martin Luther King Jr. Federal Building<br>50 Walnut Street<br>Newark, NJ 07102 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable __John K. Sherwood, USBJ__ on __March 17, 2020__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __3D__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 153 Freeman Avenue, East Orange, NJ 07018<br>$225,000 as per Appraisal provided by Debtor |
|---|---|

| Liens on property: | Mortgage in the amount of $322,472 |
|---|---|

| Amount of equity claimed as exempt: | $0 |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name: Eric R. Perkins, Chapter 7 Trustee
Address: 354 Eisenhower Parkway, Suite 1500, Livingston, NJ 07039
Telephone No.: 973-422-1100

*rev.8/1/15*

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                         Case No. 19-33972-JKS
John Edwards                                                   Chapter 7
         Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-2           User: admin                  Page 1 of 1                  Date Rcvd: Feb 13, 2020
                               Form ID: pdf905              Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 15, 2020.
db             +John Edwards,    153 Freeman Ave,    East Orange, NJ 07018-2706
518640629      +Chase Card Services,    Attn: Bankruptcy,    Po Box 15298,    Wilmington, DE 19850-5298
518640630      +First Premier Bank,    Attn: Bankruptcy,    Po Box 5524,    Sioux Falls, SD 57117-5524
518640633      +Marcus by Goldman Sachs,    Attn: Bankruptcy,    Po Box 45400,    Salt Lake City, UT 84145-0400
518640635     ++UPGRADE INC,    2 N CENTRAL AVE,    10TH FLOOR,    PHOENIX AZ 85004-2322
               (address filed with court: Upgrade, Inc.,      275 Battery Street,    23rd Floor,
                 San Francisco, CA 94111)
518640636      +US Deptartment of Education/Great Lakes,     Attn: Bankruptcy,    Po Box 7860,
                 Madison, WI 53707-7860
518640637      +Velocity Investments LLC,    1800 State Route 34, Ste 404A,     Wall Township, NJ 07719-9147
518640638      +Wells Fargo Home Mortgage,    Attn: Bankruptcy Dept,     P.O. Box 10335,
                 Des Moines, IA 50306-0335

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 14 2020 01:09:17      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 14 2020 01:09:13      United States Trustee,
                 Office of the United States Trustee,     1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: gecsedi@recoverycorp.com Feb 14 2020 01:12:43
                 Synchrony Bank, c/o PRA Recievables Management, LL,     POB 41021,    Norfolk, VA 23541-1021
518640631       E-mail/Text: bk@freedomfinancialnetwork.com Feb 14 2020 01:07:44      Freedom Plus,
                 Attn: Bankruptcy,    1875 S Grant St, Ste 450,    San Mateo, CA 94402
518640632      +E-mail/Text: bk@lendingclub.com Feb 14 2020 01:09:56      LendingClub,    Attn: Bankruptcy,
                 71 Stevenson St, Ste 1000,    San Francisco, CA 94105-2967
518643909      +E-mail/PDF: gecsedi@recoverycorp.com Feb 14 2020 01:12:44      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,     PO Box 41021,    Norfolk, VA 23541-1021
518640635       E-mail/Text: bknotice@upgrade.com Feb 14 2020 01:07:57      Upgrade, Inc.,    275 Battery Street,
                 23rd Floor,    San Francisco, CA 94111
518640634      +E-mail/PDF: MerrickBKNotifications@Resurgent.com Feb 14 2020 01:12:45      ollo,
                 Attn: Bankruptcy,    Po Box 9222,    Old Bethpage, NY 11804-9222
                                                                                                TOTAL: 8

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2020                                    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 12, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    M&T Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Eric Raymond Perkins    on behalf of Trustee Eric Raymond Perkins eperkins@becker.legal,
               nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal
              Eric Raymond Perkins     eperkins@becker.legal,
               nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal
              Scott J. Goldstein    on behalf of Debtor John  Edwards sjg@sgoldsteinlaw.com,
               cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```